UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: ) Case No.: 03-50486-
ROBERT W. SISAK and )
NANCY S. SISAK ) Chapter 13
    Debtor(s). )

## ATTORNEY FEE ELECTION FORM

The Court requires that every Attorney filing a Chapter 13 Petition file with that Petition this Attorney Fee Election Form. If an Attorney Fee Election Form is not filed with a Chapter 13 Petition, the Chapter 13 Trustee will object to the confirmation of the Chapter 13 Plan, and Counsel may not be eligible for Option A below:

The Court accepts two methods for Debtor(s) Attorney to collect fees: 1.) Debtor(s) Attorney may request $1400.00 and file for additional fees in accordance with Local General Rule 3 and Local Rule 13-16, (the $1400.00 Option*) or 2.) Debtor(s) Attorney may elect to accept $1,850.00 for all legal services through the conclusion of the case.

A. XXX(The $1,850.00 Option) The undersigned Counsel agrees to accept from the Debtor(s) $1,850.00 for all legal services rendered in connection with the above styled case through conclusion of such case, but only $1,735.00 IS DUE

B. (The $1,400.00 Option) The undersigned Counsel agrees to file a fee application for legal services rendered in the above styled case consistent with Local General Rule 3 and Local Rule 13-16.

*signature*
SUZANNE R. REINHOLD
#4149/26967
COUNSEL FOR DEBTOR

Dated: AUG 7 2003